Sean M. Carroll (SBN 027171)
Christopher T. Curran (SBN 032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com
           ccurran@clarkhill.com

*Attorneys for Defendants MCPHX17 LLC and EK ONKAR LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCPHX17 LLC, an Arizona limited liability company, and EK ONKAR, LLC, a Michigan limited liability company.<br><br>Defendant. | Case No.: 2:17-CV-02536-DGC<br><br>**NOTICE RE: MIDP EXTENSION** |

Pursuant to the Mandatory Initial Discovery Pilot ("MIDP") project order, approved by this Court on May 1, 2017, Defendants MCPHX17, LLC and EK ONKAR, LLC ("Defendants), together with Plaintiff Fernando Gastelum ("Plaintiff") hereby provide notice to the Court of their one-time thirty (30) day deferral of Defendant EK ONKAR, LLC's MIDP disclosure obligation.  The parties hereby certify that they are attempting to settle this case and have a good faith belief that it will settle within thirty (30) days.

1

Dated this 22nd day of December, 2017.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
   Sean M. Carroll
   Clark Hill PLC
   14850 N. Scottsdale Rd., Suite 500
   Scottsdale, AZ 85254
   scarroll@clarkhill.com
   480-684-1158
   *Attorneys for Defendants*

**STROJNIK, P.C.**

By: *s/ Peter Strojnik (with permission)*
   Peter Strojnik
   Strojnik, P.C.
   2375 East Camelback Rd., Suite 600
   Phoenix, AZ 85016
   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

   Peter Strojnik
   ADA@strojnik.com

By: *s/ Joyce Johnston*

216678530.1 51456/320245

2