1  Sean M. Carroll (SBN 027171)
2  Christopher T. Curran (SBN 032583)
   **CLARK HILL PLC**
3  14850 N Scottsdale Road, Suite 500
   Scottsdale, Arizona 85254
4  Telephone: (480) 684-1100
5  Email:  scarroll@clarkhill.com
           ccurran@clarkhill.com
6
7  *Attorneys for Defendants MCPHX17 LLC
   and EK ONKAR, LLC*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, an individual, | Case No.: 2:17-CV-02536-DGC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MCPHX17 LLC, an Arizona limited liability company, and EK ONKAR, LLC, a Michigan limited liability company. | |
| Defendants. | |

   PLEASE TAKE NOTICE that Defendants MCPHX17 LLC and EK ONKAR, LLC ("Defendants"), together with Plaintiff Fernando Gastelum ("Plaintiff") have agreed to settle this action.  Accordingly, the Parties respectfully request the Court continue all hearings presently scheduled before the Court and stay all other matters in this action for a period of sixty (60) days while the Parties negotiate and finalize settlement documents. A proposed order is filed concurrently herewith.

/ / /

/ / /

1

216823583.1 51456/320245

Dated this 25th day of January, 2018.

**CLARK HILL PLC**

By: *s/ Sean M. Carroll*
    Sean M. Carroll
    Christopher T. Curran
    Clark Hill PLC
    14850 N. Scottsdale Rd., Suite 500
    Scottsdale, AZ 85254
    scarroll@clarkhill.com
    ccurran@clarkhill.com
    *Attorneys for Defendants*

**STROJNIK, P.C.**

By: *s/ Peter Strojnik (with permission)*
    Peter Strojnik
    Strojnik, P.C.
    2375 East Camelback Rd., Suite 600
    Phoenix, AZ 85016
    *Attorneys for Plaintiff*

216823583.1 51456/320245

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com


By: *s/ Joyce Johnston*

3

216823583.1 51456/320245