**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Gastelum, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCPHX17 LLC, an Arizona limited liability company, and EK ONKAR, LLC, a Michigan limited liability company,<br><br>Defendants. | Case No.: CV17-02536-PHX DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has received the Stipulation for Dismissal with Prejudice by Defendants MCPHX17, LLC, EK ONKAR, LLC and Plaintiff Fernando Gastelum.  Doc. 37.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 37) is **granted.**  This lawsuit and matter is dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of February, 2018.

_____
David G. Campbell
United States District Judge